LAWRENCE G. BROWN
Acting United States Attorney
KAREN A. ESCOBAR
MARLON COBAR
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
JAN 28 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09MJ00019 DLB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | APPLICATION TO UNSEAL CRIMINAL |
| THONGSY THANNAVONG, ) | COMPLAINT AND ARREST WARRANTS |
| SIPHAY PHOUANGPHANH, ) | |
| AMPORN PASASOUK, ) | |
| OLEY THENBOUAPHA, and ) | |
| ALAN TRAN, ) | |
|   aka Davis Dat Tran, ) | |
| ) | |
| Defendants. ) | |

   The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

   This motion is based on the fact that the defendants in these matters were arrested on the criminal complaint.

Dated: January 27, 2009                Respectfully submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                By:    /s/ Karen Escobar
                                       KAREN A. ESCOBAR
                                       Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>THONGSY THANNAVONG,<br>SIPHAY PHOUANGPHANH,<br>AMPORN PASASOUK,<br>OLEY THENBOUAPHA, and<br>ALAN TRAN,<br>  aka Davis Dat Tran,<br><br>    Defendants. | 1:09MJ00019 DLB<br><br>ORDER TO UNSEAL ARREST WARRANTS<br>AND CRIMINAL COMPLAINT<br><br>**Under Seal** |

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaint and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint and Arrest Warrants in the above-entitled proceedings shall be unsealed.

DATED: January 27, 2009         _____
                                DENNIS L. BECK
                                U.S. Magistrate Judge

1