```
1  LAWRENCE G. BROWN
   United States Attorney
2  KAREN A. ESCOBAR
   MARLON COBAR
3  Assistant U.S. Attorneys
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

FILED
SEP 18 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-0047 LJO |
| ) | |
| ) | [~~PROPOSED~~] ORDER FOR DESTRUCTION |
| Plaintiff) | OF SEIZED MARIJUANA EVIDENCE |
| v. ) | |
| ) | |
| SIPHAY PHOUANGPHANH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States of America having applied to this Court for an order permitting its agents to destroy marijuana evidence which it seized from the residence of defendant Alan Tran in this matter pursuant to a duly authorized search warrant, and good cause appearing therefor,

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy all but 2,101.1 grams of the seized marijuana evidence (DEA Exhibit 4) seized at defendant Tran's residence.

Dated: Sept 18, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1