UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
FEB 09 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 1:09CR00047-004 LJO |
| ) | |
| Plaintiff, ) | [PROPOSED] O R D E R |
| vs. ) | RECONVEYING PROPERTY |
| ALAN TRAN, ) | |
| Defendant, ) | |
| ----------------------------------------------) | |

**IT IS HEREBY ORDERD:** That the Clerk of the California Eastern District Court, as Trustee under DEED OF TRUST dated January 29, 2009, made by BINH NGUYEN, Trustor, and recorded on January 29, 2009, of Official Records in the Office of the County Recorder for the County of San Diego, State of California: (legal description): **LOT 2 OF TROJAN HEIGHTS, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 2447, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 23, 1947.** Certified Copy of Deed of Trust No. 2009-0054159; Trustor: Binh Nguyen.

Having received from holder of the obligations thereuner a written request to reconvey, reciting that all sums secured by the Deed of Trust have been fully paid, all obligations thereunder have been completely satisfied and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does hereby RECONVEY without warranty, to the person or persons legally entitled thereto, the estate now held by it thereunder.

Dated: February 8, 2011

CALIFORNIA EASTERN DISTICT COURT

_____
Honorable Lawrence J. O'Neill

Mario DiSalvo, Esq.
1332 E. Olive Avenue
Fresno, California 93728
Phone (559) 442-1552

3